HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Rachelle_Barbour@fd.org

Attorneys for Defendant
SIERRA WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-MJ-00103 DB |
| Plaintiff, | **ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285** |
| v. | |
| SIERRA WILLIAMS, | Judge: Hon. Deborah Barnes |
| Defendant. | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above-named defendant, SIERRA WILLIAMS with transportation and subsistence expenses for travel from her residence in Placerville, California, to the place where her appearance is required, in **Plano, Texas** to timely make her court appearance there on **July 14, 2022 at 9:30 a.m.** This order includes airfare as well as ground transportation to and from the Eastern District of Texas, Plano Division, from the closest commercial airport. This also includes travel back to her home in this District.

//

//

The United States Marshal must furnish Ms. Williams with money for subsistence expenses to and from destination, including any stay in the other judicial district, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:  July 6, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE